IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00661-WYD-BNB

JAMES DAVIS,

Plaintiff,

v.

UNITED STATES OF AMERICA, and
SUSAN OUPADIA, M.D.,

Defendants.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to Amend Proposed Scheduling Order** [docket no. 25, filed December 18, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Plaintiff is to e-mail the entire corrected version, with the amended page 6 included, to the following, in either Word or WordPerfect format: boland_chambers@cod.uscourts.gov.

DATED: December 18, 2006