IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00661-WYD-BNB

JAMES DAVIS,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA and SUSAN OUPADIA,

    Defendants.
_____

### ORDER OF DISMISSAL
_____

The parties have filed a Stipulation for Dismissal with Prejudice between the Plaintiff and Defendant Susan Oupadia, M.D.  After a careful review of the Stipulation and the file, the court concludes that the claims against Defendant Susan Oupadia should be dismissed.  Accordingly, it is

ORDERED that the claims and causes of action asserted against Defendant Susan Oupadia, M.D. are dismissed with prejudice, each party to pay their own costs and attorney's fees.

Dated:  March 16, 2007

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge