IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00661-WYD-BNB

JAMES DAVIS,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

_____

## ORDER
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **April 6, 2007**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated March 23, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge