IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00661-WYD-BNB

JAMES DAVIS,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendants.
_____

### ORDER OF DISMISSAL
_____

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice (filed March 28, 2007). The Stipulation seeks a dismissal of the case with prejudice pursuant to a settlement that resolves all disputes between the parties. After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed. Accordingly, it is

ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs.

Dated: March 30, 2007

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge